**912-15** FILE COPY

COA # 08-13-00104-CR      OFFENSE: 1

STYLE: Gary Vann v. The State of Texas      COUNTY: Denton

COA DISPOSITION: AFFIRM      TRIAL COURT: 362nd District Court

DATE: 9/17/15      Publish: NO  TC CASE #: F-2011-1477-D

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: Gary Vann v. The State of Texas,      CCA #: _____

_____PRO SE_____ Petition      CCA Disposition: **912-15**

FOR DISCRETIONARY REVIEW IN CCA IS:      DATE: _____

_____REFUSED_____      JUDGE: _____

DATE: 11/04/2015      SIGNED: _____  PC: _____

JUDGE: _____      PUBLISH: _____  DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____